IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| BLANK ROME LLP, FFP (CAYMAN) LIMITED, MAPLES AND CALDER MAPLESFS LIMITED, MORRIS, NICHOLS, ARSHT & TUNNEL LLP, GARY NEEMS, and QUINN EMANUEL URQUHART & SULLIVAN LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ZOHAR CDO 2003-1 CORP. and ZOHAR CDO 2003-1 LIMITED,<br><br>Defendants | Adv. Proc. No. 19-50273 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JANUARY 27, 2021 AT 10:00 A.M. (ET)[2]**

# ADJOUNRED/RESOLVED MATTERS

1. Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1748; 6/30/20; (REDACTED) D.I. 1769; 7/9/20]

   Related Documents:

   A. Order Authorizing the Filing of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

       Over of Possessory Collateral and for an Accounting Under Seal [D.I. 1804; 7/14/20]

    B.    Order Authorizing the Filing of Portions of the Debtors' Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [D.I. 1948; 9/17/20]

    C.    Order Granting PPA's Motion For Leave to File Supplemental Objection to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and For an Accounting [D.I. 2177; 12/14/20]

    D.    Motion of PPAS for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 2232; 1/5/21]

Response Deadline:    To be determined

Reply Deadline:    To be determined

Responses Received:

    E.    Patriarch's Limited Objection and Reservation of Rights to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and For an Accounting [D.I. 1755; 7/7/20]

    F.    Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1886; 8/20/20]; (REDACTED) D.I. 1918; 9/4/20]

    G.    PPAS's Motion For Leave to File Supplemental Objection to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and For an Accounting [(SEALED) D.I. 2169; (REDACTED) D.I. 2231; 1/5/21]

Status:    This matter is adjourned to February 17, 2021 at 10:00 a.m. (ET).

2.    Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1903; 8/31/20; (REDACTED) D.I. 1912; 9/3/20]

Related Documents:

    A.    Order Authorizing Filing of Motion Under Seal [D.I. 2004; 10/13/20]

    B.    Order Authorizing the Filing of Portions of the Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the

        Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 2101; 11/9/20]

    C.    Order Authorizing Filing of Reply Under Seal [D.I. 2104; 11/9/20]

| | |
|---|---|
| Response Deadline: | October 5, 2020 at 4:00 p.m. (ET) with respect to the requested non-PPAS relief; November 5, 2020 at 4:00 p.m. (ET) with respect to the requested PPAS relief |
| Reply Deadline: | October 8, 2020 at 4:00 p.m. with respect to requested non-PPAS relief; November 10, 2020 at 12:00 p.m. (ET) with respect to the requested PPAS relief |

Responses Received:

    D.    Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1979; 8/31/20; (REDACTED) D.I. 2046; 10/22/20]

    E.    Patriarch's Reply in Support of Its Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1982; 10/8/20; (REDACTED) D.I. 2078; 10/29/20]

    Status:    This matter is adjourned to February 17, 2021 at 10:00 a.m. (ET).

3.    Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief Under Seal [D.I. 2206; 12/21/20]

    Related Documents:

    A.    Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2168; 12/11/20; (REDACTED) D.I. 2205; 12/21/20]

    B.    Certificate of No Objection [D.I. 2235; 1/5/21]

    C.    Order Authorizing the Filing of Portions of the Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief Under Seal [D.I. 2244; 1/7/21]

| | |
|---|---|
| Response Deadline: | January 4, 2021 at 4:00 p.m. (ET) |
| Responses Received: | None |

      Status:    An order has been entered by the Court. No hearing is required.

4. Motion of Patriarch For Entry of an Order Authorizing Filing of Motion Under Seal [D.I. 2223; 12/30/20]

    Related Documents:

    A. Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief [(SEALED) D.I. 2214; 12/24/20; (REDACTED) D.I. 2222; 12/30/20]

    B. Certificate of No Objection [D.I. 2251; 1/14/21]

    C. Order Authorizing Filing of Motion Under Seal [D.I. 2253; 12/30/20]

    Response Deadline:    January 13, 2021 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

5. Debtors' Motion, Pursuant to Section 105(a) of The Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Stipulation of Settlement By and Among the Debtors, Blank Rome LLP, FFP (Cayman) Limited, Maples and Calder, MaplesFS Limited, Morris, Nichols, Arsht & Tunnel LLP, Gary Neems, Quinn Emmanuel Urquhart & Sullivan LLP, and Cohen & Gresser LLP [Adv. Case No. 19-50273 D.I. 19; 10/30/19]

    Related Documents:

    A. Re-Notice of Motion [Adv. Case No. 19-50273 D.I. 20; 11/1/19]

    B. Re-Notice of Motion [Adv. Case No. 19-50273 D.I. 35; 12/4/19]

    C. Re-Notice of Motion [Adv. Case No. 19-50273 D.I. 57; 12/2/20]

    D. Declaration of Michael Katzenstein [Adv. Case No. 19-50273 D.I. 59; 1/25/21]

    Response Deadline:    November 13, 2019 at 4:00 p.m. (ET)

    Responses Received:

    E. Objection of Patriarch to the Debtors' Motion for an Order Approving and Authorizing the Stipulation of Settlement By and Among the Debtors, Blank Rome LLP, FFP (Cayman) Limited, Maples and Calder, MaplesFS Limited, Morris,

        Nichols, Arsht & Tunnel LLP, Gary Neems, Quinn Emmanuel Urquhart & Sullivan LLP, and Cohen & Gresser LLP [Adv. Case No. 19-50273 D.I. 26; 11/13/19]

        Status:        This matter is going forward. The debtors will present one witness.

6. Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2168; 12/11/20; (REDACTED) D.I. 2205; 12/21/20]

    Related Documents:

    A.    Order Granting Patriarchs Motion to Extend Time to Respond to, and to Adjourn Hearing on, Debtors Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and tor Related Relief [D.I. 2195; 12/16/20]

    B.    Debtors' Motion for Etnry of an Order Authorizing the Filing of Portions of the Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief Under Seal [D.I. 2206; 12/21/20]

    C.    Declaration of Carlos Mercado in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2257; 1/18/21; (REDACTED) D.I. TBD; TBD]

    D.    Declaration of Lynn Tilton in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2258; 1/18/21; (REDACTED) D.I. TBD; TBD]

    E.    Letter to the Honorable Karen B. Owens from Joseph M. Barry Regarding Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2266; 1/24/21; (REDACTED) D.I. TBD; TBD]

    F.    Letter to the Honorable Karen B. Owens from Monica K. Loseman Regarding Patriarch's Response to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [D.I. (SEALED) D.I. 2269; (REDACTED) TBD; TBD]

    Response Deadline:        January 18, 2021 at 4:00 p.m. (ET)

    Responses Received:

    G.    Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to

|   |   |
|---|---|
|   | Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2256; 1/18/21; (REDACTED) D.I. TBD; TBD] |
| Status: | This matter is going forward as status conference. |

7. Motion of PPAS for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 2232; 1/5/21]

    Related Documents:

    A.    PPAS's Motion For Leave to File Supplemental Objection to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and For an Accounting [(SEALED) D.I. 2169; (REDACTED) D.I. 2231; 1/5/21]

    Response Deadline:    January 19, 2021 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    This matter is going forward.

8. Application of Houlihan Lokey Capital, Inc. for Approval of Financing Transaction Fee for Services Rendered as Financial Advisor and Investment Banker to the Debtors [D.I. 2237; 1/6/21]

    Related Documents:    None

    Response Deadline:    January 20, 2021 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal response from the U.S. Trustee

    Status:    This matter is going forward.

| | |
|---|---|
| Dated: January 25, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joseph M. Barry*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |