**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | ) ) | Case No. 18-10512 (KBO) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) | |
| BLANK ROME LLP, FFP (CAYMAN) LIMITED, MAPLES AND CALDER, MAPLESFS LIMITED, MORRIS, NICHOLS, ARSHT & TUNNEL LLP, GARY NEEMS, and QUINN EMANUEL URQUHART & SULLIVAN LLP, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adversary No. 19-50273 (KBO) |
| ZOHAR CDO 2003-1, CORP. and ZOHAR CDO-2003-1, LIMITED, | ) ) ) | Re: Adv. D.I. 26 |
| Defendants, | ) ) | |
| and | ) ) | |
| PATRIARCH PARTNERS XV, LLC AND OCTALUNA, LLC, | ) ) ) | |
| Defendants-Intervenors. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF PATRIARCH TO THE DEBTORS' MOTION FOR AN ORDER APPROVING AND AUTHORIZING THE STIPULATION OF SETTLEMENT BY AND AMONG THE DEBTORS, BLANK ROME LLP, FFP (CAYMAN) LIMITED, MAPLES AND CALDER, MAPLESFS LIMITED, MORRIS, NICHOLS, ARSHT & TUNNEL LLP, GARY NEEMS, QUINN EMMANUEL URQUHART & SULLIVAN LLP, AND COHEN & GRESSER LLP**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

PLEASE TAKE NOTICE that, Patriarch Partners XV, LLC and Octaluna, LLC (collectively, "Patriarch") hereby withdraw the **Objection of Patriarch to the Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order Approving and Authorizing the Stipulation of Settlement by and Among the Debtors, Blank Rome LLP, FFP (Cayman) Limited, Maples And Calder, MaplesFS Limited, Morris, Nichols, Arsht & Tunnel LLP, Gary Neems, Quinn Emmanuel Urquhart & Sullivan LLP, And Cohen & Gresser LLP** [Adv. Docket No. 26] (the "Objection"), filed November 13, 2019.

Dated: January 25, 2021

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**GIBSON, DUNN & CRUTCHER LLP**
Randy M. Mastro (Admitted Pro Hac Vice)
Mary Beth Maloney (Admitted Pro Hac Vice)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rmastro@gibsondunn.com

Robert Klyman (Admitted Pro Hac Vice)
Michael S. Neumeister (Admitted Pro Hac Vice)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-70520
rklyman@gibsondunn.com
mneumeister@gibsondunn.com

Monica K. Loseman (Admitted Pro Hac Vice)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5784
Facsimile: (303) 313-2828
mloseman@gibsondunn.com

*Counsel to Patriarch Partners XV, LLC and Octaluna, LLC*