# Court Conference

Calendar Date: 01/27/2021
Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

*Amended Calendar  Jan 27 2021  6:19AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 11059617 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11059572 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11061895 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11066086 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11066089 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11066087 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11066938 | Alix Brozman | (914) 672-8959 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11064909 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11065194 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Patriach Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11064888 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11063075 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, US Bank / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11065231 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11064960 | Mary Kate George | (212) 530-5367 ext. | Milbank, LLP | Interested Party, Ankura Trust / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11069189 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | DIP Lender, JMB Capital Partners Lending / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11064921 | John Greene | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11065246 | Tyler Hammond | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |

| Case | Case # | Proceeding | CG # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11064943 | Andrew Harmeyer | (212) 530-8055 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11064937 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066116 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066818 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Lender(s), JMB Capital Partners Lending, LLC. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11059622 | Kevin Hoyos | (212) 504-6085 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066145 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066114 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11065202 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066110 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, Chris Mackey / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11065216 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11059612 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066144 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11068658 | Michael S. Neiburg | (302) 576-3590 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066085 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11065239 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Stake Holders / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066091 | Tara Pakrouh | (302) 571-4742 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066117 | Amanda Parra Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11065187 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11059604 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066118 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11068072 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, Claudio Phillips / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066090 | Shane M. Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11066689 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066873 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066957 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Joseph Farnan / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066119 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11064951 | Eric Stodola | (212) 530-5663 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11066819 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | Lender(s), JMB Capital Partners Lending, LLC. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11068176 | Theresa Trzaskoma | (212) 202-3294 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11063069 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, US Bank National / LIVE |
| Zohar III, Corp. | 19-50273 | Hearing | 11064348 | Kenneth Bressler | (424) 239-3400 ext. | Blank Rome LLP | Defendant(s), Blank Rome / LISTEN ONLY |
| Zohar III, Corp. | 19-50273 | Hearing | 11064369 | Grant Buerstetta | (212) 885-5000 ext. | Blank Rome LLP | Defendant(s), Blank Rome / LISTEN ONLY |
| Zohar III, Corp. | 19-50273 | Hearing | 11064795 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 19-50273 | Hearing | 11064342 | Victoria A. Guilfoyle | (302) 425-6404 ext. | Blank Rome LLP | Defendant(s), Blank Rome / LIVE |
| Zohar III, Corp. | 19-50273 | Hearing | 11064767 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 19-50273 | Hearing | 11064748 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Noteholders / LIVE |
| Zohar III, Corp. | 19-50273 | Hearing | 11064784 | Matthew P. Ward | (302) 252-4338 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Noteholders / LIVE |