# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Zohar III, Corp., *et al.*, | ) ) | Case No. 18-10512 (KBO) |
| Debtor. | ) ) ) | Jointly Administered |
| BLANK ROME LLP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Proc. No. 19-50273 (KBO) |
| ZOHAR CDO 2003-1 CORP., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of Curtis J. Crowther, Esquire, as counsel for the Defendants, Zohar CDO 2003-1 Corp. and Zohar CDO 2003-1 Limited, in the above matter, including electronic noticing.  The Defendants remains represented by other Counsel.

Dated:  September 24, 2021

**ROBINSON & COLE LLP**

*/s/ Curtis J. Crowther*
Curtis J. Crowther (DE Bar No. 3238)
1201 North Market Street, Suite 1406
Wilmington, DE  19801
Tel.:  (302) 516-1700
Fax:  (302) 516-1699
ccrowther@rc.com